<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-2231**

─────────────

NANCY MARIE HELDRETH,

Plaintiff - Appellant,

versus

ALLSTATE INSURANCE COMPANY,

Defendant - Appellee,

and

LARRY MORGAN, Individually and as an agent of
Allstate Insurance Company,

Defendant.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-99-156)

─────────────

Submitted: January 30, 2002          Decided: February 14, 2002

─────────────

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Nancy Marie Heldreth, Appellant Pro Se. Brent Karleton Kesner, KESNER, KESNER & BRAMBLE, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nancy Marie Heldreth appeals from the district court's order awarding partial summary judgment to Allstate Insurance Company in this civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Heldreth v. Allstate Ins. Co.</u>, No. CA-99-156 (N.D.W. Va. Aug. 30, 2001). We deny Heldreth's motion to prevent removal of abandoned property and to prevent Monangalia County from assessing a monetary penalty. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>